■ CENTER MANAGEMENT Co. et al., Petitioners, v. STATE DIVISION OF HUMAN RIGHTS et al., Respondents.— The petition for review of an order of the State Division of Human Rights, as modified, by the State Human Rights Appeal Board, is unanimously granted, on the law, without costs and without disbursements, to the extent of striking paragraph (c) of the order of the State Division of Human Rights dated July 24, 1969, and otherwise denied. It is the public policy of this State to assure every individual an " equal opportunity " in respect of housing. (Human Rights Law [Executive Law, art. 15], § 290, subd. 3.) Paragraph (c) is in conflict with this underlying policy and gives a preference to persons referred by Operation Open City. The petition of the State Division of Human Rights is dismissed, on the law, on the ground there is no allegation of noncompliance by Center Management Co. (*Matter of State Division of Human Rights* v. *Employers-Commercial Union Ins. Group*, 33 A D 2d 273, mot. for lv. to app. den. 26 N Y 2d 611). Concur — Stevens, P. J., Capozzoli, Markewich and McNally, JJ.

■ In the Matter of MICHAEL CATALANO, Petitioner, v. MITCHELL D. SCHWEITZER, as a Judge of the Supreme Court of the State of New York, County of New York, Respondent.— Unanimously ordered that the mandate is confirmed and the petition dismissed, without costs and without disbursements. No opinion. Concur — Stevens, P. J., Eager, Capozzoli and Tilzer, JJ.

## (April 27, 1970)

■ YORKVILLE RESTAURANT, INC., Respondent, v. JULIUS PERLBINDER et al., Doing Business Under the Name of 185 E. 85TH ST. COMPANY, Appellants, and JERMY COFFEE SHOPS, INC., Respondent.— Order and judgment (one paper) entered on June 10, 1969 affirmed, with $50 costs and disbursements to plaintiff-respondent. Opinion by STEVENS, P. J. All concur except McGIVERN, J., who dissents in an opinion. [34 A D 2d 14.] The prior order of this court entered on March 26, 1970 is vacated. Concur — Stevens, P. J., Capozzoli, McGivern, Steuer and Tilzer, JJ.